## PAUL D. BUTLER *versus* JOHN WHIPPLE

Journal Entries (1821–24): *Journal 3:* (1) Continued *p. 224; (2) motion for nonsuit *p. 334; (3) motion for leave to file declaration *p. 334; (4) continued *p. 442; (5) nonsuit *p. 503.

Papers in File: (1) Precipe for habeas corpus; (2) writ of habeas corpus and allowance; (3) transcript of county court record; (4) recognizance; (5) precipe for judgment of nonsuit.

*Office Docket*, MS p. 119, c. 21. (Case 73 of 1820) Recorded in *Book B*, MS pp. 345–48.

## JAMES DAY *versus* RALPH LOCKWOOD & CO.

Journal Entries (1821): *Journal 3:* (1) Discontinued *p. 224.

Papers in File: (1) Precipe for habeas corpus; (2) writ of habeas corpus; (3) precipe for certiorari; (4) writ of certiorari; (5) transcript of county court record; (6) recognizance; (7) discontinuance; (8) precipe for execution ca. sa.; (9) writ of ca. sa. and return.

*Office Docket*, MS p. 147, c. 64. (Case 115 of 1820) Recorded in *Book A*, MS pp. 185–87.

## JOHN S. ROBY *versus* PETER J. DESNOYERS

Journal Entries (1821): *Journal 3:* (1) Settled out of court *p. 224.

Papers in File: (1) Precipe for process; (2) capias and return.

*Office Docket*, MS p. 127, c. 37. (Case 90 of 1820)